**Affirm and Opinion Filed April 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01102-CR

**MARIAN BERNARD ZIOLKOWSKI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80990-1997**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Evans

Marian Bernard Ziolkowski was convicted of felony driving while intoxicated. *See* TEX. PENAL CODE ANN. § 49.09(b)(2) (West 2014). Punishment, following the revocation of his community supervision, was assessed at two years' imprisonment.[1] The judgment revoking community supervision reflects appellant represented himself.[2] Additionally, this Court adopted the trial court's findings that appellant neither filed an affidavit of indigence nor requested appointment of appellate counsel. Because appellant neither requested nor paid for the reporter's record, we ordered the appeal submitted without that record. *See* TEX. R. APP. P. 37.3(c). We

---

[1] Appellant's original community supervision was imposed on June 25, 1998. Several motions to revoke appellant's community supervision were filed, and the trial court continued appellant on supervision, modifying his conditions. The motion on which his supervision was revoked was filed on May 21, 2008, and the warrant was issued on May 28, 2008, both within the ten-year supervision period. *See* TEX. CODE CRIM. P. ANN. art. 42.12, § 21(e) (West Supp. 2014); *Garcia v. State*, 387 S.W.3d 20, 23 (Tex. Crim. App. 2012).

[2] The clerk's record contains appellant's appeal bond.

ordered appellate to file his brief by February 17, 2015.  When appellant did not file his brief by March 12, 2015, we ordered him to file his brief by March 25, 2015, and warned that failure to do so would result in submission of the appeal without briefs.  *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).  Appellant has not filed a brief, nor has he communicated with the Court regarding the appeal.

Absent briefs, no issues are before us.  Finding no fundamental error, we affirm the trial court's judgment.

/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141102F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARIAN BERNARD ZIOLKOWSKI,
Appellant

No. 05-14-01102-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-80990-1997.
Opinion delivered by Justice Evans, Justices
Myers and Brown participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 6th day of April, 2015.